JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Thomas X. Kotab,<br><br>           Plaintiff,<br><br>     v.<br><br>United States Citizenship and Immigration Services; Lola K. Parocua, Merrick B. Garland, Alejandro N. Mayorkas,<br><br>           Defendants. | Case No. 2:22-cv-1427-RFB-BNW<br><br>**Stipulation of Dismissal** |

Plaintiff Thomas Kotab, *pro se*, and the United States of America, on behalf of Federal Defendants, the United States Citizenship and Immigration Services, Lola K. Parocua, Merrick Garland, and Alejandro Mayorkas, through counsel, hereby jointly agree and stipulate to the dismissal of this action with prejudice. Each party shall bear their own

//
//
//
//
//
//
//
//

costs and fees.

     Respectfully submitted this 17th day of May 2023.

|  |  |
|---|---|
|  | JASON M. FRIERSON<br>United States Attorney |
| */s/ Thomas X. Kotab*<br>THOMAS X. KOTAB<br><br>*Pro se* | */s/ Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   18th day of May, 2023.